UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Small Business Administration)

    Plaintiff

v.

MIGUEL CUEBAS SILVA, BRUNILDA
TORRES VILLANUEVA, and the
conjugal partnership
constituted by both

    Defendants

CIVIL NO. 98-1431 (HL)

FORECLOSURE OF MORTGAGE



## ORDER OF DISMISSAL AND FOR CANCELLATION OF LIS PENDENS

Upon motion duly made by plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described herein below by virtue of the Lis Pendens issued in this case, be canceled and that a Writ for Cancellation of Lis Pendens be issue by the Clerk of this Court whereby the Registrar of Property of the Registry of Property of San Germán, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> "RUSTICA: Solar sito en la Calle Luna con un área de DOSCIENTOS CINCUENTA Y CINCO (255.00) METROS CUADRADOS; al SUR con Arsenio Báez; al ESTE con la Calle Fuerza; y al OESTE, con Carlos Alvarez. Encuéntrase edificada en esta finca, como propiedad de los deudores hipotecarios, una casa de hormigón techada de hormigón, de dos plantas, de veintinueve pies de frente por sesenta y cinco pies de fondo. La planta alta dedicada a vivienda, con dos habitaciones de dormitorio, sala comedor, cocina, terraza, servicio sanitario y una habitación dedicada a oficina. La parte baja dedicada toda a comercio.

USA v. Manuel Cuevas Silva, et als.
Civil No. 98-1431 (HL)
Page 4

Plaintiff's mortgage is recorded at page 179, volume 228 of San Germán, property #6,962 at the Registry Property of San Germán, Puerto Rico.

Lis Pendens recorded at the Property Registry of San Germán, at temporary page, folder six (folio móvil, carpeta número 6) upon the property number 6962 subject of this action.

Given at San Juan, Puerto Rico, this 25th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE